# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNALL A. JEFFRIES,** : | CIVIL ACTION NO. 1:09-CV-0692 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **HARLEY G. LAPPIN, et. al.,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 28th day of April, 2009, upon consideration of plaintiff's request for appointment of counsel (Doc. 7), and it appearing, at this juncture of the litigation, that plaintiff is capable of proceeding on his own and that review of the claims reveals that they implicate neither complex legal or factual issues nor require factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that plaintiff's motion (Doc. 7) is DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either sua sponte or upon motion of plaintiff. See id.

                                           S/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge