# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNALL A. JEFFRIES,** | : | **CIVIL ACTION NO. 1:09-CV-0692** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **HARLEY G. LAPPIN, et. al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 6th day of May, 2009, upon consideration of plaintiff's motions to amend (Doc. 16, 17) pursuant to Federal Rule of Civil Procedure 15, and no responsive pleading having been served, FED. R. CIV. P. 15(a)(1)(A) ("A party may amend its pleading once as a matter of course. . . before being served with a responsive pleading."), it is hereby ORDERED that:

1. Plaintiff's motions (Docs. 16, 17) are GRANTED.

2. Plaintiff shall FILE an amended complaint on or before May 26, 2009. The amended complaint shall carry the same civil docket number (1:09-CV-0692) presently assigned to this matter.

3. The amended complaint shall be a short, plain, and concise statement of the claim and shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. FED. R. CIV. P. 8(e)(1).

4. Failure to file an amended complaint within the allotted time will result in the matter proceeding on the original complaint.

                                               S/ Christopher C. Conner  
                                               CHRISTOPHER C. CONNER  
                                               United States District Judge