# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNALL A. JEFFRIES,** | : | CIVIL ACTION NO. 1:09-CV-0692 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **HARLEY G. LAPPIN, et. al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of June, 2009, upon consideration of various motions filed by plaintiff (Docs. 20, 23, 25), it is hereby ORDERED that:

1. Plaintiff's most recent motion to amend (Doc. 20) his complaint is DENIED. However, plaintiff is afforded until June 24, 2009, to comply with this court's order of May 6, 2009 (Doc. 18), granting his prior motions to file an amended complaint. A copy of the order is enclosed.

2. The amended complaint shall carry the same civil docket number (1:09-CV-0692) presently assigned to this matter.

3. The amended complaint shall be a short, plain, and concise statement of the claim and shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed and shall be filed on the enclosed civil rights form. FED. R. CIV. P. 8(e)(1).

4. Failure to file an amended complaint within the allotted time will result in the matter proceeding on the original complaint.

5. Plaintiff's motion to compel discovery (Doc. 23) is DENIED as premature.

6. Plaintiff's motion for appointment of counsel (Doc. 25) is DENIED for the reasons stated in this court's prior order (Doc. 12) denying counsel.

                                   <u>S/ Christopher C. Conner</u>
                                   CHRISTOPHER C. CONNER
                                   United States District Judge